**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SUKHSAGAR SINGH, | Case No.:  26cv0401 DMS KSC |
| Petitioner, | **ORDER REQUIRING RESPONSE** |
| v. | |
| Warden of Imperial Regional Detention Facility); Kristi Noem, Secretary of the U.S. Department of Homeland Security; Pamela Bondi, Attorney General of the United States; U.S Immigration Customs Enforcement; U.S. Department of Homeland Security, In their official capacities, | |
| Respondents. | |

On January 22, 2026, Petitioner filed a Petition for Writ of Habeas Corpus under 28 U.S.C. § 2241.  Respondents shall file their response to the Petition on or before by **January 28, 2026**.  Petitioner shall file his reply on or before **February 3, 2026**.  Unless the Court orders otherwise, the matter will be submitted on the papers without oral argument.

To maintain the status quo, Respondents, their officers, agents, servants, employees, attorneys, and other persons who act in concert or participation with Respondent

26cv0401 DMS KSC

**MUST NOT** transfer Petitioner outside the Southern District of California pending the Court's resolution of the Petition.  *See Doe v. Bondi*, Case No.: 25-cv-805-BJC-JLB, 2025 WL 1870979 at *1 (S.D. Cal. June 11, 2025) ("Federal courts retain jurisdiction to preserve the status quo while determining whether [they have] subject matter jurisdiction over a case and while a petition is pending resolution from the court.") (collecting cases).

     **IT IS SO ORDERED**.

Dated:  January 23, 2026

Hon. Dana M. Sabraw
United States District Judge

26cv0401 DMS KSC