# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

Sukhsagar Singh

**Plaintiff,**

**V.**

See Attachment

**Defendant.**

**Civil Action No.** 26-cv-0401-DMS-GC

## JUDGMENT IN A CIVIL CASE

**Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

All litigation in this matter has concluded. This case is hereby closed.

**Date:** 9/21/26

**CLERK OF COURT**
**JOHN MORRILL, Clerk of Court**
By: s/ B. Chandler
B. Chandler, Deputy

# United States District Court

**SOUTHERN DISTRICT OF CALIFORNIA**

(ATTACHMENT)

**Civil Action No.** 26-cv-0401-DMS-GC

Respondents:

Warden of Imperial Regional Detention Facility;

Kristi Noem,
Secretary of the U.S. Department of Homeland Security;

Pamela Bondi,
Attorney General of the United States;

U.S Immigration Customs Enforcement;

U.S. Department of Homeland Security;

Jeremy Casey,Warden